Our next case this morning is Knutson v. Village of Lakemoor. Mr. Roth. Thank you. May it please the Court, my name is Mark Roth, I represent the plaintiff, the Pellants in this case. This case is actually relatively simple and straightforward. It involves the interpretation of three interrelated provisions in Lakemoor's Municipal Code. Basically Lakemoor enacted an ordinance that allows the village to operate and issue red light camera tickets, and that ordinance was codified in Chapter 41.5 of the village's Municipal Code. Within those sections of the code, there are certain requirements that are mandatory things that have to be listed on every violation notice, so it includes certain essential information like the name and address of the owner of the vehicle, the license plate, the date and the location of the ticket, the time of the alleged violation, but what's important for our purposes is that what's required to be listed on a violation notice is the violation charged with specific reference to that section of the Village of Lakemoor Code of Ordinances allegedly violated. So that's one of the relevant provisions. The second relevant provision is the definition of a section. So a section is defined in the code under Section 101C. It says that every section of the code consists of two component parts. First you have a chapter, and then secondly you have a section number, and those two are divided by a period in between. Now the third provision that's relevant to our appeal is Chapter 41.5, Section 2.01 of what that section says is it incorporates all of the terms of the Illinois Vehicle Code into Lakemoor's Municipal Code, and then it says that the section numbers used in the Illinois Vehicle Code shall be identical to the section numbers in Lakemoor's Municipal Code. Therefore, this is very important, an ordinance violation shall be cited as Chapter 41.5 followed by the corresponding Illinois Vehicle Code section. So here, when someone disobeys a red light signal, they violate Section 11.306 of the Illinois Vehicle Code. So if you take a look at how that has to be cited pursuant to the express terms of Lakemoor's Municipal Code, it has to be cited as the chapter number and the section separated by a period. And under Section 41.201, it specifically says it must be cited as Chapter 41.5.11-306 because that's the Illinois Vehicle Code section that's applicable. The violation notice is that we are suing on, and we've attached a complaint. Okay. Maybe before we go any further on this argument about what the code requires on these tickets, which is a local law issue, you've got a federal due process claim, and a violation of a local law, the municipality's failure to follow its own code in all of its citation requirements glory isn't a due process violation. And so you spent very little time in your brief on core due process analysis, and most of the ink was spilled on what this code requires and doesn't require and so forth. Well, the linchpin, because the district court's decision essentially decided that the... This is de novo review, so it doesn't matter what the district court said. Understood. We take that for whatever persuasive value it has, but you're talking to us, so tell us why you should win and be allowed to go forward. Well, we have state action that deprives the plaintiffs here of a property right. That property right is $100 plus perhaps an additional $100. It's taken without due process because under the terms of Lakemoor's ordinance, you're limited to certain defenses. You can only raise three or four defenses. You cannot raise the defense that the violation notices are void. So we were precluded from raising a defense. Had we been able to raise that defense, we would have been successful and our money would not have been deprived. The due process analysis, if you take a look at even the Matthews case, which I think is probably the seminal case on due process, you look at the deprivation of the interest and then you compare that to the burden on the government. Now here, we're being deprived of a property interest. It's $100, and that $100 is sufficient for... Right. There's a property interest at stake. Nobody disputes that. Right. The question is whether it's a violation of due process to narrow the universe of defenses that are available to a recorded red light violation offense. I don't see a strong argument that it is or even an arguable claim that it is. Well the United States Supreme Court cases that we cited state essentially that you have a right to assert your defenses. And even in the Seventh Circuit case of Corcoran, which the bill is cited, but we say supports our position, what the court is saying in that instance is that in that case, they weren't deprived of the right to assert a defense because that defense didn't make any sense. But here, the reverse of that is also true. We have a defense that if you believe what our complaint is saying and that the district court erred in its decision, it's an absolute defense to the state, the village of Lake Moore, taking our property. It actually isn't under the local law. You only have a small universe of defenses under the municipal code. Right. You don't have a defense that this citation is invalid because, this citation meaning the ticket, is invalid because you didn't cite the code properly. Right. That's not an available defense and that's not a due process violation. That's a quarrel with the substance of the statute. Well, but it is a due process violation because our property is being deprived without the ability to raise a defense that we have the real defense. It's just not an available defense as a matter of substantive law. So your challenge is to the substantive law of the village of Lake Moore. Well we have asserted that challenge, certainly. You don't have a fundamental right to certain defenses to a red traffic light violation caught on camera. Well, actually I disagree with that. Under the United States Supreme Court cases we cited, which state that you have a right to assert your defenses to a deprivation of property. And this is a defense. Now they're taking that away from us. And so that is the essence of what we're alleging. Is your argument that you have a fundamental right to assert this defense as a matter of substantive due process? No, it's not a substantive due process matter. I think it's a procedural due process matter. And the fact that the village has eliminated your right to challenge a ticket on any grounds except for this narrow universe isn't a substantive due process violation. And you had a right to a hearing, so there was no deprivation of procedural due process. So your federal claim is groundless, and you're left with your state law claim that the ticket was invalid under municipal law, and you've packaged that as, I guess, an unjust enrichment claim. Well, we've certainly asserted an unjust enrichment claim, but actually the essence, I believe, that taking away a person's right to assert a defense when we're entitled to assert that defense, is it then taking our- You haven't been deprived of a right to assert a defense. There are narrow, limited defenses that are allowed once you've been caught on camera blowing a red light. So your quarrel really is with the substance of the statute, if that's your quarrel. Well, we have a lot of quarrels here, obviously, but the essence of what we're saying is that under the case law, as we've cited it, we have a right to assert any defense to an action where the state has taken our property. So certainly we have a quarrel with the statute, or the ordinance, I should say, but we also absolutely have a quarrel with the ability to not be allowed to assert a defense when we have that defense, and because we can't assert that defense, the state, the village here, is taking our $100. On the state law claim, why isn't this just a directory provision rather than a mandatory provision? The Illinois presumption is that these kinds of procedural commands are presumed to be directory, and that presumption can only be overcome in certain circumstances, which it seems to me are not present here. Well, they are present because a mandatory reading of an ordinance or a statute is required where a citizen's right would be injured by directory reading. So here we have a case where these violation notices have to say who got the ticket, when they got the ticket, where they got the ticket. Well, how are you prejudiced? You have to show prejudice to overcome the presumption that this is directory. Certainly, and the village of Lakemoor absolutely believed that this was a mandatory requirement and something that was essential to... What's the prejudice? That's the requirement to overcome the presumption. The prejudice is... This is not a theoretical construct. The way that the village of Lakemoor's municipal code is organized, it's organized into chapters, and then underneath those chapters, various sections. So the genesis of this... Right. Citing the session law was overbroad, or referring to the session law and the ticket was overbroad, but you also had a description of the provision that was violated on the face of the ticket, as I understand it, and a snapshot. Right. But that's not what the... So how is there any prejudice? There is no failure of notice of what the violation was. There is a... It's entitled to a mandatory reading, because it is a deprivation of... It's a fundamental issue that we are required to know in order to defend against the ticket. If it wasn't, the village of Lakemoor certainly wouldn't have included it in their requirements for the ticket. All right. Thank you, Mr. Roth. Your time has expired. Ms. Turriello? Good morning. May it please the court, counsel? Again, my name is Jennifer Turriello, and I'm here today representing the defendant, Appalee, Village of Lakemoor. I want to touch upon the last point that was just discussed. Your Honor mentioned that the notation, the 12003 notation being overly broad, we disagree. It is a specific reference to a municipal code infraction, and it therefore complies with the ordinance. It's not a citation to the code. It's not. It's a parallel citation to the code, because the 12003... It's a broad session law. It is a session law, but that notation appears in the same copy of the code that the plaintiff's attached to their complaint. It's there. It's right under section 14 in the traffic... As the session law source for these particular provisions. Correct. Is that session law... Did that session law 12-0-03 passed on 12612 cover other topics? No, I don't believe so. Not as... No. Not as the code has been provided in the record that I'm aware of. I mean, it's still... Is it publicly? We weren't able to find it online. Maybe it exists in some hard copy form in the... The district... And I know we're here on DeNova, but I want to mention the district court did have a footnote in its memorandum opinion about accessing through the village's website, and they were able to find this reference and confirm that not only the copy that the plaintiff's tendered, but that what is listed... What is on the village website does also contain the specific... This notation. Okay. Well, assuming it's publicly accessible, the code itself requires that the ticket... Include the following laundry list of items, and sub C is the violation charged with specific reference to that section of the Village of Lakemore Municipal Code of Ordinances. It requires a code citation. This is a parallel citation to a code citation, and that's why you can get it and you can receive a violation notice, pick up the copy of the code that they attached to their complaint, discern, that's going to direct me to section 14 of the traffic chapter of the Municipal Code, and figure out what you've been... What the offense is that you're being called upon to defend yourself against. By searching for the session law, you can get all this? By looking at the code as they provided it to the district court and as it exists. But all that's on the ticket is the session law. And it is a parallel citation to a municipal code infraction. So a search for the session law will produce the applicable code provision? Correct. I believe so. The district court was able to do that and confirmed it through a footnote in its memorandum opinion and order from December 4. And the same wouldn't be true though, we couldn't say that if their desired citation appeared on the violation notice, because there's nothing that matches numerically. So they'd be crying bloody murder if we put that citation on the violation notices. You couldn't figure out where to go. Why does that provision exist in the Municipal Code requiring all code citations to be prefaced by a citation or to have it embedded within it, a citation to the Illinois traffic code? I think... That's kind of strange. I understand the question and it has that section that's .01 I guess of the traffic chapter, section 01. Obviously there have to be situations in which there are citations for violations that are being issued that do refer to a corresponding Illinois vehicle code number. Whether or not that's a uniform traffic citation from a police officer, I'm not sure. Our record doesn't disclose that. I attempted to research that knowing that that might be asked of me today. Is that a factual question or is that a legal question? Is there something in state law or municipal law that requires this citation form for traffic tickets? Not that I'm aware of, but I will say this. If you look at the code, the Municipal Code as a whole, section 14 of the traffic chapter, it's definitely written differently than all the other provisions in the traffic chapter because it incorporates the provision they're obsessed with, the 11-306C, it incorporates it by reference and then goes on to state it is a violation of this section. So it is referring to 41-1-2.14. It is a violation of this section for anyone to operate a vehicle in disregard of a traffic control device or to turn right on a red light where it is posted no turn on red. So it is written very differently from all of the other traffic provisions because it states the violation within that section right there. So there's no need, as the district court found, and again, I know we're on de novo review, but because it already incorporates the provision that they are worried about and obsessed with, it is the functional equivalent of the citation they want. And our position is it is a specific reference to a section of the code allegedly violated because it is a parallel site back to the code, and nobody disputed that. Nobody disputes that. It's in their own exhibit that they tendered to the district court. You say it's just no mystery as to why they got the ticket. Correct. Yeah, it ran the red light. That's right. And I'm sort of curious. You mentioned no turn on red. I guess that doesn't register. How does someone know when they broke the law if they do? In this particular instance, beyond just the 12-0-03 notation, there is a written description on the back of the violation notice that provides, this notice was issued because a red light camera recorded your vehicle proceeding into an intersection in violation of a traffic signal. So there's that written explanation. Then not only that, there are pictures. I'm always curious about when it happens. If you're caught running a red light and a police officer sees you, he'll do something. Sometimes, and I can only apply it because we all drive and we all see when the light turns yellow and all that sort of thing. But a lot of times, I'm behind a truck and I can't see the light. Sure. The truck goes on through. It didn't break or do anything else, and so I don't want to run into him or anything. So I'm not even sure. And then I go through. I can look up there and the light is still orange or changing or something. And I don't know what the rule is. Does it have to be fully red before somebody runs a red light? Or can they enter the intersection when it's yellow? I ask this practical question because that's what this case is. And you're trying to hit it on a technical thing and say, well, by finding all these citations or something, you have happened to be on the ticket. And then, of course, to see the back of it tells exactly what they did. I guess I would want to know. I don't remember that. I don't run red lights. There's a link. What's your defense? There's a link also to a website where you can watch live video footage of the event as well. Oh, yes. Yes, you can. And in the interest of full disclosure, I've received one of these tickets and went to the website and looked. And it's there. Yes. You can watch the video. I assume it's not every light. What's that? I'm sorry? It's not every light. It'd be pretty expensive if you're going to have a video of every light. There is. It's when the trigger and the sensors at the intersection detect that somebody has gone into the intersection on a red, a steady red. That's what triggers. My understanding. I'm not... That triggers the... The video and the photograph. So every light's got a video then. This one does. Wow. What's the name of this? Wakemore. It's US Route 12 and Illinois Route 120. Although I do believe it's not... I think the intersection went under construction and now the red light camera system is not put back up at that intersection. But in any event... And there would have to be a sign too that would say automated red light program in effect or something like that. Correct. Usually that is the case at the intersections. Our record doesn't reveal. There wasn't any discussion on our record about that here, but I do believe that is the case at this particular intersection. It's quite notorious. Does this fight over citation style have anything to do with the due process claim? No. I mean, it's technically, as I see it, a fight about the substance of the statute, which is to say that the statute only allows a narrow universe of defenses and a defense based on erroneous citation to the code is not one of them, but that's a beef about the content of the law, not the procedures that are allowed to challenge a violation. I agree. I agree. I think there is a separation that occurred. And again, I know we're on de novo review, but if you look at the district court's order, definitely there was a separation about, okay, I'm going to address the validity of the notice, the violation notices, and that's going to impact the declaratory relief and the unjust enrichment claim and the injunction claim. But then this procedural due process claim that's sitting out here is something... It's a different creature. Right. But this is a federal lawsuit. And so that's a kind of wag the dog approach. If there's no federal due process claim, theoretically the judge then would kick that claim and relinquish jurisdiction over any state law claim based on wrongful citation, if there is such a claim. Agreed. I see I'm on a red light, but if I could just briefly respond. I agree with your point entirely. It is the most important claim in the suit. It's what keeps the suit here in federal court. It's what gets them their attorney's fees if they win. And yet we saw nothing about it in the briefs. It is the most important claim here. If we go back, the procedural due process claims out and we go to state court. That's all I have. We ask for affirmance of the district court's dismissal order. Thank you so much. Thank you. Your time had expired, Mr. Knutson. I'll give you a minute. I'm sorry, Mr. Roth. Knutson's your client. Well, I'll certainly admit that the ordinance is not a model of clarity by any stretch. That's for sure. But what they're doing and what the district court did is they really read out certain defined terms in the ordinance, such as section. What does a section mean, for example? And under section 41-1-201, they're required to actually cite to chapter 41-11-306. It's not there. Their excuse is, although we incorporate the Illinois Vehicle Code into our code, then we follow up and we, I guess, goofed up and we never actually put it in there. So they're saying that the fact that they were wrong in the first instance by not specifically having provisions that correspond to the Illinois Vehicle Code, which they're required to have under that section that we've cited, then that excuses their subsequent lack of putting that on the violation notices, which we could have looked up. So for those reasons that we've talked about, we're requesting that the district court's decision be reversed. All right. Thank you. Our thanks to both counsel. The case is taken under advisement.